U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED- LAFAYETTE

AUG 26 2016

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| E.ON UK, PLC | CIVIL ACTION NO. 6:16-cv-01123 |
| v. | JUDGE DOHERTY |
| LOUISIANA PELLETS, INC., ET AL | MAGISTRATE JUDGE HANNA |

## RULING

Pending before the Court is Appellant E.ON UK PLC's "Motion to File Documents Under Seal" [Doc. 4]. Appellant requests that this Court seal all documents related to Appellant's Designation of Record and Statement of Issues, as some of the items included therein have previously been placed under seal by order of the Bankruptcy Court (see Doc. 2 in Civil Action No. 6:16-cv-00516, which is also an appeal by E.ON UK PLC, stemming from the same bankruptcy proceeding that gave rise to the appeal at bar). While Appellant's motion does not indicate whether opposing counsel has any objection, counsel has notified this Court separately that he has no objection to the motion's being granted. Based on the determinations made by the Bankruptcy Court, this Court will seal the record on appeal in this matter.

IT IS HEREBY ORDERED all documents related to the designation of bankruptcy record on appeal in this matter are to be FILED UNDER SEAL.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 26 day of August, 2016.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

1