RECEIVED

OCT - 4 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| E.ON UK, PLC | CIVIL ACTION NO. 6:16-cv-01123 |
| v. | JUDGE DOHERTY |
| LOUISIANA PELLETS, INC., ET AL | MAGISTRATE JUDGE HANNA |

## MEMORANDUM RULING

Pending before the Court is a "Joint Motion to Dismiss" [Rec. Doc. 10], filed jointly by counsel for Appellant E.ON UK, PLC and Appellees Louisiana Pellets, Inc. and German Pellets Louisiana, Inc. Pursuant to the motion, the parties seek dismissal on the basis of a compromise agreement which has been approved by the Bankruptcy Court for the Western District of Louisiana. The parties aver that the compromise agreement encompasses the issues on appeal before this Court. The parties further aver that all documents necessary to consummate the compromise have been signed by the relevant parties, all funds necessary to consummate the compromise have been paid, and all appeal delays relevant to the compromise order have run. Considering the reasons given in the motion, as well as the joint nature thereof,

IT IS HEREBY ORDERED the parties Joint Motion to Dismiss [Rec. Doc. 10] is GRANTED, and the instant appeal is DISMISSED.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 4th day of October, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE